UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re John S. Schnur and )
      Tammy Lee Schnur, )   Case No. 16-28273-BEH
 )   Chapter 13
            Debtors. )
 )
 )

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

John S. Schnur and Tammy Lee Schnur ("Debtors") through their counsel, Michael J. Watton and the Watton Law Group, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing, which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk of Bankruptcy Court
517 East Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

**Michael J. Watton, Esq.**
**Watton Law Group**
**700 North Water Street, Suite 500**
**Milwaukee, WI 53202**
**Telephone (414) 273-6858**
**Facsimile (414) 273-6894**

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Michael J. Watton, Esq.
> Watton Law Group
> 700 North Water Street, Suite 500
> Milwaukee, WI 53202

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponents of this modification are the Debtors;

2. This is a request to modify a Chapter 13 Plan (Select A. or B.)

    A. ☒ post-confirmation;

    B. ☐ pre-confirmation (Select i. or ii.);

        i. ☐ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

        ii. ☐ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: to increase the plan payment amount

4. The reason(s) for the modification is/are: to provide for a feasible plan

5. Select A. or B.

2

Case 16-28273-beh    Doc 31    Filed 07/06/17    Page 2 of 4

A. ☒ The Chapter 13 Plan confirmed or last modified on January 27, 2017 is modified as follows:

Payments to the Trustee: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of $1,640.00 through July 3, 2017 and $338.00 per month for the remaining 54 months.

Estimated Total of plan payments: $19,892.00

Plan Length: This plan is estimated to be for 60 months.

Debtors' attorney fees shall now be $3,750.00 pursuant to Debtors' agreement with counsel to pay an additional $250.00 with the filing of this post-confirmation amended plan. The Trustee shall distribute the additional fees according to the previous confirmed plan.

B. ☐ The unconfirmed Chapter 13 Plan dated _____ is modified as follows:

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Kelly E. Klawonn, attorney for the Debtors John S. Schnur and Tammy Lee Schnur, certify that I have reviewed the modification proposed above with the Debtors, and that the Debtors have authorized me to file it with the court.

| | |
|---|---|
| /s/ Kelly E. Klawonn | July 5, 2017 |
| Counsel for the Debtors | Date |

WHEREFORE, the Proponents request that the court approve the modification to the Chapter 13 Plan as stated herein.

| | |
|---|---|
| Date: July 5, 2017 | /s/ Kelly E. Klawonn, for |
| | Michael J. Watton, Esq. |
| | Watton Law Group |
| | 700 North Water Street, Suite 500 |
| | Milwaukee, Wisconsin 53202 |
| | |
| | Attorney for Debtors |

4